IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**AMY SABRINA FUQUA,**

    Plaintiff,

v.                                                         No. 1:25-cv-01064-STA-tmp

**FRANK BISIGNANO,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

    Defendant.

---

### ORDER GRANTING SENTENCE FOUR REMAND

---

    The Commissioner of Social Security has moved the Court to reverse the decision of the Administrative Law Judge (ALJ) and remand this action to the Commissioner pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). (ECF No. 14.) The Commissioner, after reviewing Plaintiff's briefing in this appeal, requests remand for further consideration of Plaintiff's claims, the opportunity for a hearing, further development of the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision.

    Remand will expedite administrative review, ensure that the Commissioner has the opportunity to fully consider Plaintiff's claims, and may ultimately make judicial review unnecessary. Remand by this Court is appropriate under 42 U.S.C. § 405(g), which provides:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

*See also Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Newkirk v. Shalala*, 25 F.3d 316, 318 (6th Cir. 1994).

For the foregoing reasons, and without objection from Plaintiff, and pursuant to the Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292 (1993), the Court hereby enters judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision of the ALJ and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).

The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

IT IS SO ORDERED.

                                                        s/ S. Thomas Anderson
                                                        S. Thomas Anderson
                                                        United States District Judge

June 16, 2025